```
                                    FILED
                                    07 JUL -6 AM 8: 21
                                    CLERK, U.S. DISTRICT C...
                                    SOUTHERN DISTRICT OF CALIF...

                              BY:      PDU
                                                  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  07CR1371-LAB |
| Plaintiff, ) | |
| v. ) | **[ORDER]** <br> **TO SHORTEN TIME** |
| OMAR NAJERA-HERNANDEZ, ) | |
| Defendant. ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's motions be shortened and filed as of June 28, 2007.

**SO ORDERED.**

DATED: __7-5-07__

_/s/ Larry A. Burns_
**HONORABLE LARRY ALAN BURNS**
U.S. District Court Judge